# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LUIS CAMPOY,**

      **Plaintiff,**

v.                                                 **Case No: 6:23-cv-1243-PGB-DCI**

**SECRETARY, DEPARTMENT
OF HOMELAND SECURITY and
DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION
SERIVCES,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Voluntary Dismissal, filed May 31, 2024. (Doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Secretary, Department of Homeland Security and Director, U.S. Citizenship and Immigration Services are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending motions and thereafter close the file.

      **DONE AND ORDERED** in Orlando, Florida on June 3, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties